FEE DUE

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 21 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

Meghan Markle & Prince Harry, Frederick Banks, next friend thereto, ~~& Individually~~, Petitioners

v.

President Trump Articles of Impeachment; United States of America; Daily Mirror; Central Intelligence Agency; U.S. House of Representatives; Respondents U.S. Senate; WARDEN; (name of warden or authorized person having custody of petitioner) U.S. Marshals; BuzzFeed.com; Beforeitsnews.com; Alameda County Sheriffs

Case No. 2:20-CV-00680-ODW-GJS
(Supplied by Clerk of Court)

1 Frederick Banks exposed that the Trump campaign was under illegal FISA "electronic surveillance" in a 11/7/16 letter to Ivanka Trump See USA v. Banks, 15cr 168 (WWPA) ECF 259, 352, 593

PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241; AND MOTION TO DISMISS ARTICLES OF IMPEACHMENT FOR FAILING TO NAME "REAL PARTY IN INTEREST"

## Personal Information

1. (a) Your full name: Frederick Banks
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Allegheny County Jail
   (b) Address: 950 2nd Avenue
   Pittsburgh, PA 15219
   (c) Your identification number: 120759

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): Convicted awaiting sentencing

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your ~~sentence~~ post conviction is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☑ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): _FISA electronic surveillance & harassment by the CIA of petitioners in violation of 50 USC 1801 et seq_

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _CIA_

   (b) Docket number, case number, or opinion number: _unknown_
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _CIA's decision to use remote satellite FISA "Microwave Hearing" Technology to harass petitioners_

   (d) Date of the decision or action: _various_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _None available_

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes          ☒ No
If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _A 2241 is the proper vehicle to challenge FISA restraint and electronic surveillance 50 USC 1801 et seq_

_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** CIA illegally placed Meghan Markle & Prince Harry and Petitioners under FISA remote satellite electronic surveillance and caused the Respondents and British press to negatively cover Markle in violation of 50 USC 1801 et seq. CIA did this to make a media cycle to control the British population.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Using remote Satellite Technology called "Microwave Hearing", "Microwave Auditory Effect" & "Frey Effect" the CIA placed Meghan Markle & Prince Harry in a program under FISA remote satellite electronic surveillance and petitioner and caused the Respondents and British press to negatively cover Markle and influenced Markle and Harry to split from the Royal Family & move to Canada in violation of 50 USC 1801 et seq to make a "Canada media cycle"

(b) Did you present Ground One in all appeals that were available to you? aka "death of Neil Peart, Rush's Canadian drummer & Lyricist", & "Boeing 737 containing 130 plus Iranian Canadian citizens / nationals / residents shot down in IRAN"
☑ Yes  ☐ No

**GROUND TWO:** Petitioner moves under the ordain & Establish Clause in the Preamble of the U.S. Constitution to compel U.S. Congress & Respondents to Dismiss the President Trump Articles of Impeachment on the ground that they failed to name the real party in interest as they were brought in the name "United States of America" rather than "United States".

(a) Supporting facts (Be brief. Do not cite cases or law.):
The Articles of Impeachment against President Trump failed to name the real party in interest because they were brought in the name "United States of America" rather than "United States". "United States of America" refers to the 13 now defunct former British colonies while the term "United States" refers to the 50 States & territories. See "United States" at Ballentine's Law Dict. (Stating that "United States of America" was created under 1777 Article of Confederation and "United States" created under 1789 U.S. Constitution;

(b) Did you present Ground Two in all appeals that were available to you? See also 18 USC 3231 ("District Courts have Jurisdiction over Offenses against
☑ Yes  ☐ No     "United States(')"). As a result the U.S. Senate Trial Court Lacks Subject Matter Jurisdiction over the Articles of Impeachment and they must be dismissed; See Downes v. Bidwell 182 US 244 & 249 (1901).

**GROUND THREE:** For Microwave Hearing Technology See Google: A 1998 Department of the Army Report called "Bioeffects of Selected Non Lethal Weapons" and KMIR 6 TV News Report [Hundreds of people in the valley Hearing voices at; http://www.jrn.com/kmir6/news/17985597.html;

(a) Supporting facts (Be brief. Do not cite cases or law.): "Telepathy Research", "Telepathic Behavior modification" & project Stargate at www.foia.cia.gov; Interviews with Dr. Robert Duncan, a CIA Scientist & Dr. John Hall, author of "Guinea Pigs Technologies of Control" at youtube.com;

The chapter on "Targeted Individuals" in the book Guinea Pigs Technologies of Control

Next friend states Markle & Prince Harry are mentally incapacitated because of CIA FISA electronic surveillance and cannot bring this action on their own. Banks is the self

(b) Did you present Ground Three in all appeals that were available to you? appointed acting agent of petitioners.
☑ Yes  ☐ No   See Morris v. United States, 399 F. Supp 720 (EDVA 1975).
(Pro se Habeas Corpus petition signed by petitioner's agent heard).

---

The CIA's Microwave hearing wireless signal is the same one that caused Wedgeworth Properties & the Alameda County Sheriff's office to evict the 5 women in an Oakland California Haute. Thus that eviction was illegal because it was the CIA that influenced the State Judge to enter the eviction order. That state Judge should be investigated for doing so.

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Discharge petitioners from Custody & FISA Restraint, Order Respondents to disclose the FISA warrants under 50 USC 1806(f), Compel Congress & Respondents to Dismiss the Articles of Impeachment for Lack of Subject Matter Jurisdiction along with all other requested or warranted relief.

### Venue

Venue & Jurisdiction is proper in this district because the FISA wireless signal originates in California not Pennsylvania. See Braden v. 30th Judicial District of Kentucky __ US __ () (Habeas corpus petition properly brought in District where restraint takes place or detainer is lodged)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

1/15/20

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/15/20

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Hamilton Brown Firm
www.facebook.com/hamiltonbrownfirm
412-475-8384

UNITED STATES DISTRICT COURT
for the
___Central___ DISTRICT OF ___California___

Meghan Merkle, et al,
_____,
Plaintiff

v.

President Trump Articles of Impeachment et al
Enter today's date
_____,
Defendant

Case No. _____

Motion & AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO ~~APPEAL~~ IN FORMA PAUPERIS
proceed

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____ Date: 1/1/20

My issues on appeal are: _____

_____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 21.00 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 21.00 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Unknown | trust | $ Unknown | $ 0 |
| Schwab | trading | $ Unknown | $ 0 |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ Sign your name | (Value) $ |
| Make and year: N/A | N/A | N/A |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| No one | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| None | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included?  ☐ Yes ☐ No <br> Is property insurance included?  ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 21.00 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ 0 | $ 0 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ 0 | $ |
| **Total monthly expenses:** | $ 21.00 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes ☑ No     If yes, describe on an attached sheet.

10. Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit? ☐ Yes ☑ No

    *If yes, how much?* $

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    unemployed

12. State the city and state of your legal residence

    Pittsburgh PA

    Your daytime phone number: 412 475 8384

    Your age: 52    Your years of schooling: 16

    Last four digits of your social-security number: 6411

Frederick Banks
#120759, xE
Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**CASHIER**
1.54

900 900 90012 **S3-114**

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
15219
COUNTY OF ALLEGHENY

6002200117-151348812

7      RETURN SERVICE REQUESTED

90012

Office of the Clerk
Clerk, United States District Court
Central District of California
255 East Temple Street, Room 180
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 21 2020
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Legal Mail