# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN MARKLE & PRINCE HARRY, FREDERICK BANKS, next friend thereto & Individually,<br><br>Petitioners<br><br>v.<br><br>PRESIDENT TRUMP ARTICLES OF IMPEACHMENT, et al.,<br><br>Respondents. | Case No. 2:20-cv-00680-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: January 29, 2020      _____
                                                        OTIS D. WRIGHT II
                                                        UNITED STATES DISTRICT JUDGE